

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOHN ROBERT DEMOS, JR.,

Petitioner,

v.

ROBERT JACKSON,

Respondent.

No.  1:26-cv-3093-EFS

**ORDER OF DISMISSAL**

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, challenging convictions out of both King County, which is in the Western District of Washington, and Yakima County, which is in the Eastern District of Washington.[1] He did not pay the filing fee.

---

[1] ECF No. 1 at 1.

ORDER OF DISMISSAL -- 1

"A petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court."[2] To the extent that Mr. Demos wishes to challenge multiple convictions, he must bring such challenges in separate petitions and in the appropriate Court. Having failed to comply with Habeas Rule 2(e), the Petition is **DISMISSED without prejudice** to appropriately filing separate habeas petitions in the appropriate Courts.

Accordingly, **IT IS HEREBY ORDERED**: The Petition, ECF No. 1, is **DISMISSED without prejudice.**

IT IS SO ORDERED. The Clerk's Office is directed to file this order, enter judgment, provide copies to Petitioner, and **CLOSE** the file.

DATED this 20th day of May 2026.

_____
EDWARD F. SHEA
Senior United States District Judge

---

[2] Rule 2(e), Rules Governing Section 2254 Cases in the United States District Courts (Habeas Rule 2(e)).

ORDER OF DISMISSAL -- 2